BRYAN L. HAWKINS, Bar No. 238346
bryan.hawkins@stoel.com
ROBERT SARKISIAN, Bar No. 327364
robert.sarkisian@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

*Attorneys for Defendant*
Smoke Guard California, Inc.

Omar S. Anorga, Bar No. 236520
Omar@Anorgalaw.com
THE ANORGA LAW FIRM, INC.
155 N. Lake Avenue, Suite 800
Pasadena, CA  91101
Telephone: (213) 489-1271

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VINCENT HANSEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SMOKE GUARD CALIFORNIA, INC., a Nevada Corporation,<br><br>　　　　　Defendant. | Case No. 3:23cv2038 RS<br>　ORDER<br>**STIPULATED REQUEST TO CONTINUE TRIAL AND TRIAL-RELATED DEADLINES**<br><br>Pretrial Conference Date:  January 8, 2025<br>Trial Date:  January 21, 2025 |

IT IS HEREBY STIPULATED, by and between Plaintiff VINCENT HANSEN ("Plaintiff") and Defendant SMOKE GUARD CALIFORNIA, INC ("Defendant") (collectively, the "Parties") as follows:

WHEREAS, Plaintiff filed his Complaint on October 23, 2023;

WHEREAS, Defendant removed this matter to this Court on April 26, 2023.

WHEREAS, on June 28, 2023, the Court denied Plaintiff's Motion To Remand this case back to the Superior Court

WHEREAS, on July 27, 2023, the Parties appeared at the Initial Case Management Conference in this matter.

WHEREAS, on July 27, 2023, and after the Initial Case Management Conference in this matter, the Court issued a Case Management Scheduling Order wherein it set the following dates:

Jury Trial – January 21, 2025 at 9:00 a.m.

Pretrial Conference – January 8, 2025 at 9:00 a.m.

WHEREAS, the Parties request additional time to complete certain discovery including, without limitation, the deposition of Defendant's Person Most Knowledgeable and potentially a further deposition of Plaintiff.  The Parties also would like additional time to attempt to resolve this dispute informally, including by way of mediation.  Defendant is also considering a dispositive motion.

WHEREASE, Defendant's counsel has trials in other matters scheduled in February, May, June, and late September 2025.

WHEREAS, Plaintiff's counsel has trials in other matters scheduled in June and July 2025 and may be out of the office in August 2025.

NOW, THEREFORE, based on the foregoing, the Parties, by and through their respective undersigned counsel of record, hereby stipulate to the following:

1. For the Court to amend its Case Management Scheduling Order and continue the trial to a date after October 10, 2025.  Jury Trial continued to October 20, 2025 and Pretrial Conference continued to October 8, 2025.

2. For the Court to continue all pre-trial and trial deadlines to coincide with the continued trial date.

IT IS SO STIPULATED

DATED: October 10, 2024                     STOEL RIVES LLP

/s/*Bryan L. Hawkins*
BRYAN L. HAWKINS
ROBERT SARKISIAN
*Attorneys for Defendant*
Smoke Guard California, Inc.

DATED: October 10, 2024                     THE ANORGA LAW FIRM, INC

/s/*Omar S. Anorga*
OMAR S. ANORGA
*Attorneys for Plaintiff*
Vincent Hansen

I, Bryan Hawkins, attest that each of the other Signatories to this document have concurred in the filing of the document, which shall serve in lieu of their signatures on the document.



IT IS SO ORDERED
Judge Richard Seeborg
Date: 10/11/2024