UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT HANSEN,

        Plaintiff,

    v.

SMOKE GUARD CALIFORNIA, INC.,

        Defendant.

Case No. 23-cv-02038-RS

**ORDER APPROVING WITHDRAWAL OF ATTORNEY FOR PLAINTIFF**

Good cause having been shown, the request of Omar S. Anorga and The Anorga Law Firm, Inc. to withdraw as attorney of record for plaintiff Vincent Hansen is hereby granted. Pursuant to Civil Local Rule 7-1(b), this motion is suitable for disposition without oral argument. Accordingly, the motion hearing set for March 27, 2025 is vacated.

**IT IS SO ORDERED**.

Dated: March 10, 2025

_____
RICHARD SEEBORG
Chief United States District Judge