UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT HANSEN,

    Plaintiff,

v.

SMOKE GUARD CALIFORNIA, INC.,

    Defendant.

Case No. 23-cv-02038-RS

**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS CASE**

The instant motion and Report and Recommendation concern terminating sanctions based on Plaintiff Vincent Hansen's willful failure to comply with certain discovery orders. Plaintiff failed to respond to, object to, or appear at his deposition. The magistrate judge to whom discovery matters in this action have been referred then ordered Plaintiff to provide Defendant with dates he would be available for his deposition or to object to the deposition. Plaintiff failed to comply with the order, and Defendant filed a motion for terminating sanctions. Plaintiff filed no opposition to that motion and, despite being in verbal contact with the court, failed to appear at the related sanctions hearing on August 27, 2025.

Thereafter the magistrate judge issued a Report and Recommendation, recommending that Defendant's motion for terminating sanctions be granted and the entire action be dismissed with prejudice pursuant to Federal Rule of Procedure 37. Plaintiff's deadline to file any objections to the magistrate judge's Report and Recommendation has expired, and Plaintiff has not responded. Good cause appearing, the magistrate judge's Report and Recommendation is adopted in full, and

1  this action is dismissed with prejudice. The Clerk shall close the file.

4  **IT IS SO ORDERED**.

6  Dated:  September 18, 2025

_____
RICHARD SEEBORG
Chief United States District Judge